CLERK'S OFFICE
A TRUE COPY
FEB 13 2015
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −12)

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 130 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 12, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                                      MDL No. 2592

### SCHEDULE CTO−12 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | ARIZONA | | |
| 15-456 AZ | 2 | 15−00111 | Whitley et al v. Janssen Research & Development LLC et al |
| | CALIFORNIA CENTRAL | | |
| 15-457 CAC | 2 | 15−00585 | Bonnie Baird v. Janssen Research and Development LLC et al |
| 15-458 CAC | 2 | 15−00588 | Jeanette James v. Janssen Research and Development LLC et al |
| 15-459 CAC | 2 | 15−00589 | Clyde Kelly v. Janssen Research and Development LLC et al |
| 15-460 CAC | 2 | 15−00590 | Sharon Woods vs. Janssen Research & Development LLC et al |
| 15-461 CAC | 2 | 15−00673 | Craig Erquhart v. Janseen Research and Development LLC et al |
| 15-463 CAC | 5 | 15−00164 | Mary Jane Vance v. Janssen Research and Development LLC et al |
| | CALIFORNIA EASTERN | | |
| 15-464 CAE | 1 | 15−00140 | Cochneuer v. Janssen Research & Development, LLC et al |
| | CALIFORNIA NORTHERN | | |
| 15-465 CAN | 4 | 15−00357 | Rau v. Janssen Research & Development LLC et al |
| | FLORIDA MIDDLE | | |
| 15-466 FLM | 2 | 15−00046 | Ginger v. Janssen Research & Development LLC et al |
| 15-467 FLM | 2 | 15−00052 | Williams v. Janssen Research & Development LLC et al |
| 15-468 FLM | 8 | 15−00165 | Everson v. Janssen Research & Development LLC et al |
| | FLORIDA SOUTHERN | | |
| 15-469 FLS | 9 | 15−80082 | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Costonis et al v. Janssen Research & Development LLC et al |
| ILLINOIS NORTHERN |  |  |  |
| 15-470 ILN | 1 | 15−00781 | Matthews v. Janssen Research & Development, LLC et al |
| KENTUCKY EASTERN |  |  |  |
| 15-471 KYE | 5 | 15−00018 | Ward et al v. Janssen Research & Development LLC et al |
| KENTUCKY WESTERN |  |  |  |
| 15-472 KYW | 5 | 15−00023 | Guthrie v. Janssen Research & Development LLC et al |
| LOUISIANA WESTERN |  |  |  |
| 15-473 LAW | 1 | 15−00143 | Maillet v. Janssen Research & Development L L C et al |
| MINNESOTA |  |  |  |
| 15-474 MN | 0 | 15−00206 | Lewis v. Janssen Research & Development, LLC et al |
| MISSOURI EASTERN |  |  |  |
|  MOE | 4 | 15−00194 | ~~Littlejohn et al v. Janssen Research & Development LLC, et al~~ Opposed 2/11/15 |
| OHIO SOUTHERN |  |  |  |
| 15-475 OHS | 1 | 15−00057 | Wright v. JANSSEN RESEARCH & DEVELOPMENT LLC et al |